# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN VICTOR MUNOZ, : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:16-2249 |
| v. : | |
| : | (Judge Mannion) |
| DAVID J. EBBERT : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Dated: May 23, 2019**
16-1522-01-Order